IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY LEE FLEMING,

    Plaintiff,

  v.

K.J. ALLEN, et al.,

    Defendants.          /

No. C 07-02338 CW (PR)

ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

    Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a second request for an extension of time to file his amended complaint.

    Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by February 18, 2008.

    If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

    IT IS SO ORDERED.

Dated: 1/11/08

*Claudia Wilken* (signature)
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Fleming2338.2ndEOTamend.wpd

|  | UNITED STATES DISTRICT COURT |
|  | FOR THE |
|  | NORTHERN DISTRICT OF CALIFORNIA |

GARY LEE FLEMING,

    Plaintiff,

v.

DIRECTOR OF CORRECTIONS et al,

    Defendant.

Case Number: CV07-02338 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lee Fleming
T-29495
Salinas Valley State Prison
POB 1050
Soledad, CA 93960-1030

Dated: January 11, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk