IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE FLEMING,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants.                    / | No. C 07-02338 CW (PR)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO IDENTIFY DEFENDANT CASTRO |

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  The Court issued an Order of Service, directing the United States Marshal to serve a summons and complaint on Defendants.

    Service has been ineffective on Defendant Castro.  In an Order dated October 22, 2009, Plaintiff was directed to provide the Court with the required information necessary to identify Defendant Castro.  He was also informed that the failure to do so shall result in the dismissal of all claims against Defendant Castro.

    Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to identify Defendant Castro.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may provide the Court with the required information necessary to identify Defendant Castro will be extended up to and including <u>thirty (30) days</u> of the date of this Order.  Failure to do so by the new deadline shall result in the dismissal of all claims against Defendant Castro.

IT IS SO ORDERED.

Dated: 12/9/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY LEE FLEMING,

        Plaintiff,

v.

DIRECTOR OF CORRECTIONS et al,

        Defendant.

Case Number: CV07-02338 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lee Fleming
T-29495
Salinas Valley State Prison
POB 1050
Soledad, CA 93960-1030

Dated: December 9, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3